IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  21-11758-GG

_____

CONTINENTAL CASUALTY COMPANY,
VALLEY FORGE INSURANCE COMPANY,

Plaintiffs-Appellants
Cross Appellees,

versus

WINDER LABORATORIES, LLC,
STEVEN PRESSMAN,

Defendants-Appellees
Cross Appellants,

CONCORDIA PHARMACEUTICALS, S.A.R.L.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

Before: JILL PRYOR and BRASHER, Circuit Judges.

BY THE COURT:

The motions of Continental Casualty Company and Valley Forge Insurance Company to amend their complaint and supplement the record on appeal are GRANTED, and this appeal MAY PROCEED.  We accept the evidence submitted with Continental and Valley Forge's motion to supplement, and we deem the record so supplemented.  *See Cabalceta v. Standard Fruit Co.*, 883 F.2d 1553, 1555 (11th Cir. 1989).  Furthermore, the complaint is amended to

allege the following: (1) Continental is incorporated in Illinois and has its principal place of business in that state; (2) Valley Forge is incorporated in Pennsylvania and has its principal place of business in Illinois; (3) Winder Laboratories, LLC's members are Steven Pressman, a California citizen, Jeff Pressman, a California citizen, Abul Bhuiyan, a Florida citizen, RG Investors, LLC, which has a California citizen as its single member, and RMB Services, LLC, which has a Florida citizen as its single member; (4) Concordia Pharmaceuticals, SARL, is organized under the laws of Luxembourg, has its principal place of business in Barbados, and, at the relevant time, had a single corporate member, which was incorporated in Canada and had its principal place of business  in that country.  We deem the complaint, as amended, sufficient to invoke the district court's diversity jurisdiction.  28 U.S.C. § 1332(a)(1), (c)(1); *Freeport-McMoRan, Inc. v. K N Energy, Inc.*, 498 U.S. 426, 428 (1991); *Travaglio v. Am. Express Co.*, 735 F.3d 1266, 1269 (11th Cir. 2013); *Underwriters at Lloyd's, London v. Osting-Schwinn*, 613 F.3d 1079, 1086 (11th Cir. 2010); *MacGinnitie v. Hobbs Grp., LLC*, 420 F.3d 1234, 1239 (11th Cir. 2005).  Continental and Valley Forge are directed to file notice of this order in the district court along with a copy of this order and the newly amended complaint.